IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| POINT BLANK SOLUTIONS INC., *et al.*,[1] | ) Case No. 10-11255 (PJW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) |
| POINT BLANK SOLUTIONS INC., | ) Adv. Proc. No. 11-51759 (PJW) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JEFFREY R. BROOKS INDIVIDUAL | ) |
| RETIREMENT ACCOUNT; JEFFREY R. | ) |
| BROOKS, | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Upon consideration of *Plaintiff's Motion for Preliminary Injunction* (the "Motion") filed by Point Blank Solutions Inc. ("Point Blank" or "Plaintiff"), a debtor and debtor in possession in the above-captioned chapter 11 cases and the plaintiff in the above-captioned adversary proceeding; and the Court having reviewed the Motion, *Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction* and the response(s) to the Motion; and it

---

[1] Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number and their respective addresses, are: Point Blank Solutions Inc. (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

DOCS_LA:235875.1

appearing from the specific facts set forth at the hearing on the Motion that, unless stayed and enjoined until further order of this Court, defendants Jeffrey R. Brooks Individual Retirement Account and Jeffrey R. Brooks (collectively, "Defendants") will continue to prosecute a lawsuit captioned *Jeffrey R. Brooks Individual Retirement Account v. James R. Henderson*, Index No. 650781/2011, that Defendants filed in the Supreme Court of the State of New York, County of New York (the "State Court Action") against James R. Henderson ("Mr. Henderson"), Point Blank's current Chief Executive Officer and current Chairman of Point Blank's Board of Directors, thereby causing Point Blank immediate and irreparable harm; and it appearing that the Court has jurisdiction over the above-captioned adversary proceeding pursuant to 28 U.S.C. §§ 157 and § 1334; and it appearing that the above-captioned adversary proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and adequate notice of the Motion having been given; and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED that, until further order of this Court, Defendants and any person or entity acting directly or indirectly on their behalf are hereby stayed, pursuant to 11 U.S.C. § 362(a), from continuing to prosecute the State Court Action against Mr. Henderson; and it is further

ORDERED that, until further order of this Court, Defendants and any person or entity acting directly or indirectly on their behalf are hereby restrained and enjoined, pursuant to 11 U.S.C. § 105(a) and Federal Rule of Bankruptcy Procedure 7065, from continuing to prosecute the State Court Action against Mr. Henderson; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: April ___, 2011

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge