IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| POINT BLANK SOLUTIONS INC., *et al.*,[1] | ) Case No. 10-11255 (PJW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| POINT BLANK SOLUTIONS INC., | ) Adv. Proc. No. 11-51759 (PJW) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JEFFREY R. BROOKS INDIVIDUAL RETIREMENT ACCOUNT; JEFFREY R. BROOKS, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION
TO FIX A HEARING DATE AND SHORTEN NOTICE
<u>ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION</u>**

Upon consideration of *Plaintiff's Emergency Motion to Fix a Hearing Date and Shorten Notice on Plaintiff's Motion for Preliminary Injunction* (the "Motion to Shorten"), it is hereby:

ORDERED that the Motion to Shorten is granted; and it is further

---

[1] Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number and their respective addresses, are: Point Blank Solutions Inc. (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

DOCS_LA:235877.2

ORDERED that the hearing date for *Plaintiff's Motion for Preliminary Injunction* [D.I. 3] (the "Motion for Injunction") is scheduled for **April 21, 2011 at 9:30 a.m. prevailing Eastern time**; and it is further

ORDERED that all objections and other responses to the Motion for Injunction must be filed with the Court and served by **April 19, 2011 at 4:00 p.m. prevailing Eastern time**; and it is further

ORDERED that counsel for Plaintiff Point Blank Solutions Inc. shall, within one business day of entry of this Order, serve a copy of this Order by hand delivery, overnight carrier, facsimile and/or email on the following: (a) the Office of the United States Trustee; (b) counsel to the Official Committee of Unsecured Creditors; (c) counsel to the Official Committee of Equity Security Holders; and (d) counsel to Defendants Jeffrey R. Brooks Individual Retirement Account and Jeffrey R. Brooks; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: April ___, 2011

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge

DOCS_LA:235877.2